# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1358
Lower Tribunal No. 14-25490
_____

**Timothy Malone,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler-Mendez and Ellen Sue Venzer, Judges.

Carlos J. Martinez, Public Defender, and Harvey J. Sepler, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Keri T. Joseph, Assistant Attorney General, for appellee.

Before ROTHENBERG, C.J., and SALTER and EMAS, JJ.

PER CURIAM.

The defendant, Timothy Malone, appeals his convictions for burglary of an unoccupied dwelling and petit theft. We affirm, but remand for correction of the judgment to reflect that the conviction for petit theft is a second-degree misdemeanor, not a second-degree felony. As counsel for the defendant candidly admits that the error was a scrivener's error, not judicial error, which when corrected will not affect the defendant's sentence (which was credit for time served), the judgment may be corrected without conducting a new sentencing hearing.

Affirmed, with instructions.